UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, et al.,<br><br>                                Plaintiff,<br><br>- v. -<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, HANS VESTBERG, JAN FRYKHAMMAR, BÖRJE E. EKHOLM, CARL MELLANDER, and MAGNUS MANDERSSON,<br><br>                                Defendants. | Case No. 1:18-cv-03021-JMF<br><br>Hon. Jesse M. Furman |

**NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Maxwell Kosman and subject to the approval of the Court, Maxwell Kosman hereby withdraws as counsel for Defendants Telefonaktiebolaget LM Ericsson, Hans Vestberg, Jan Frykhammar, Borje E. Ekholm, Carl Mellander, and Magnus Mandersson ("Defendants"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants in this proceeding.

Application GRANTED. The Clerk of Court is directed to terminate Maxwell Kosman as counsel, and to terminate ECF No. 62. SO ORDERED.

*[signature]*

January 23, 2020

Dated: New York, New York
January 23, 2020

                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP

By: _____
                                Maxwell A. H. Kosman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
mkosman@paulweiss.com