## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

OKLAHOMA LAW ENFORCEMENT
RETIREMENT SYSTEM et al.,

                 Plaintiffs,

    -against-

TELEFONAKTIEBOLAGET LM ERICSSON
et al.,

               Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|16|2020

**18 CIVIL** 3021 (JMF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated March 13, 2020, judgment is entered in

Defendants' favor.

**Dated:** New York, New York
       March 16, 2020

                            **RUBY J. KRAJICK**

                            **Clerk of Court**

             **BY:**

                            **Deputy Clerk**